IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEICO CORPORATION<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>GEICO GENERAL INSURANCE COMPANY<br>GEICO INDEMNITY COMPANY<br>GEICO CASUALTY COMPANY<br>GEICO ADVANTAGE INSURANCE COMPANY<br>GEICO CHOICE INSURANCE COMPANY<br>GEICO SECURE INSURANCE COMPANY<br>GEICO COUNTY MUTUAL INSURANCE COMPANY<br>       *Plaintiffs,*<br>v.<br><br>AUTOLIV, INC.<br>AUTOLIV ASP, INC.<br>AUTOLIV B.V. & CO. KG<br>AUTOLIV SAFETY TECHNOLOGY, INC.<br>AUTOLIV JAPAN LTD.<br>HITACHI AUTOMOTIVE SYSTEMS, LTD.<br>LEAR CORPORATION<br>KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC<br>NIPPON SEIKI CO., LTD.<br>N.S. INTERNATIONAL, LTD.<br>NEW SABINA INDUSTRIES, INC.<br>PANASONIC CORPORATION<br>PANASONIC CORPORATION OF NORTH AMERICA<br>T.RAD CO. LTD.<br>T.RAD NORTH AMERICA<br>TRW DEUTSCHLAND HOLDING GMBH<br>ZF TRW AUTOMOTIVE HOLDINGS CORPORATION<br>       *Defendants.* | Case No. 16-13189<br><br>Judge: Hon. Marianne Battani<br><br>Magistrate Judge: Hon. Mona Majzoub<br>_____<br><br>**ORDER OF DISMISSAL OF CLAIMS AGAINST NIPPON SEIKI CO., LTD, N.S. INTERNATIONAL, LTD., AND NEW SABINA INDUSTRIES, INC. WITH PREJUDICE** |

This matter, HAVING COME BEFORE THE Court on the Parties' Joint Stipulation for Dismissal of Claims Against Nippon Seiki Co., Ltd, N.S. International, Ltd., and New Sabina Industries, Inc. With Prejudice, and the Court, having reviewed the Stipulation and being otherwise fully advised in the premises,

HEREBY ORDERS that Plaintiffs' claims against Nippon Seiki Co., Ltd, N.S. International, Ltd., and New Sabina Industries, Ind. are DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs.

SO ORDERED.

Date:  December 28, 2016                          s/Marianne O. Battani
                                                  MARIANNE O. BATTANI
                                                  United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 28, 2016.

                                                  s/ Kay Doaks
                                                  Case Manager