# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

GEICO CORPORATION
GOVERNMENT EMPLOYEES INSURANCE
COMPANY
GEICO GENERAL INSURANCE COMPANY
GEICO INDEMNITY COMPANY
GEICO CASUALTY COMPANY
GEICO ADVANTAGE INSURANCE COMPANY
GEICO CHOICE INSURANCE COMPANY
GEICO SECURE INSURANCE COMPANY
GEICO COUNTY MUTUAL INSURANCE
COMPANY

       *Plaintiffs,*

v.

AUTOLIV, INC.
AUTOLIV ASP, INC.
AUTOLIV B.V. & CO. KG
AUTOLIV SAFETY TECHNOLOGY, INC.
AUTOLIV JAPAN LTD.
HITACHI AUTOMOTIVE SYSTEMS, LTD.
LEAR CORPORATION
KYUNGSHIN-LEAR SALES AND
ENGINEERING, LLC
NIPPON SEIKI CO., LTD.
N.S. INTERNATIONAL, LTD.
NEW SABINA INDUSTRIES, INC.
PANASONIC CORPORATION
PANASONIC CORPORATION OF NORTH
AMERICA
T.RAD CO. LTD.
T.RAD NORTH AMERICA
TRW DEUTSCHLAND HOLDING GMBH
ZF TRW AUTOMOTIVE HOLDINGS
CORPORATION

       *Defendants.*

Case No. 16-13189

Judge: Hon. Marianne Battani

Magistrate Judge: Hon. Mona
Majzoub
_____

**ORDER SETTING
CONSOLIDATED
RESPONSIVE PLEADINGS
AND MOTIONS BRIEFING
SCHEDULE**

THIS MATTER having come before the Court on stipulation of all parties and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that:

A.    Based on the Defendants' waiver of service pursuant to Federal Rule of Civil Procedure 4(d) and acknowledgement of receipt of the Amended Complaint, no Certificates of Service of the Amended Complaint are required to be filed by Plaintiffs; and

B.    The following schedule shall govern the timing for filing pleadings or motions in response to the Amended Complaint and any subsequent briefing:

1.    Defendants shall file Pleadings or Motions in response to the Amended Complaint by **Friday, March 31, 2017**.

2.    If Defendants file Motion(s) in response to the Amended Complaint, Plaintiffs shall file their Response(s) to the Motion(s) by **Tuesday, May 30, 2017**.

3.    Defendants shall file their Reply or Replies in support of their Motion(s) by **Friday, July 14, 2017**.

SO ORDERED.

Date:   January 4, 2017                          s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on January 4, 2017.

<u>s/ Kay Doaks</u>
Case Manager