# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEICO CORPORATION<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>GEICO GENERAL INSURANCE COMPANY<br>GEICO INDEMNITY COMPANY<br>GEICO CASUALTY COMPANY<br>GEICO ADVANTAGE INSURANCE COMPANY<br>GEICO CHOICE INSURANCE COMPANY<br>GEICO SECURE INSURANCE COMPANY<br>GEICO COUNTY MUTUAL INSURANCE COMPANY<br><br>            *Plaintiffs,*<br><br>v.<br><br>AUTOLIV, INC.<br>AUTOLIV ASP, INC.<br>AUTOLIV B.V. & CO. KG<br>AUTOLIV SAFETY TECHNOLOGY, INC.<br>AUTOLIV JAPAN LTD.<br>HITACHI AUTOMOTIVE SYSTEMS, LTD.<br>LEAR CORPORATION<br>KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC<br>PANASONIC CORPORATION<br>PANASONIC CORPORATION OF NORTH AMERICA<br>T.RAD CO. LTD.<br>T.RAD NORTH AMERICA<br>TRW DEUTSCHLAND HOLDING GMBH<br>ZF TRW AUTOMOTIVE HOLDINGS CORPORATION<br><br>            *Defendants.* | Case No. 16-13189<br><br>Judge: Hon. Marianne Battani<br><br>Magistrate Judge: Hon. Mona Majzoub<br>_____<br><br>**STIPULATION AMENDING CONSOLIDATED RESPONSIVE PLEADINGS AND MOTIONS BRIEFING SCHEDULE** |

Plaintiffs GEICO Corporation, Government Employees Insurance Co., GEICO General Insurance Co., GEICO Indemnity Co., GEICO Casualty Co., GEICO Advantage Insurance Co., GEICO Choice Insurance Co., GEICO Secure Insurance Co., GEICO County Mutual Insurance Co. ("Plaintiffs") and Defendants Autoliv, Inc., Autoliv ASP, Inc., Autoliv B.V. & Co. KG; Autoliv Safety Technology, Inc., Autoliv Japan Ltd., Hitachi Automotive Systems, Ltd., Kyungshin-lear Sales and Engineering, LLC, Lear Corporation, Panasonic Corporation and Panasonic Corporation of North America, T.RAD Co., Ltd., T.RAD North America, Inc., TRW Deutschland Holding GmbH, and ZF TRW Automotive Holdings Corporation (collectively, "Defendants"), by and through their undersigned counsel, stipulate as follows:

WHEREAS Plaintiffs filed their Complaint on September 2, 2016 and subsequently filed an Amended Complaint on November 9, 2016.

WHEREAS Defendants agreed to waive service pursuant to Federal Rule of Civil Procedure 4(d) and acknowledge receipt of the Amended Complaint.

WHEREAS Plaintiffs and Defendants agreed upon a consolidated schedule for filing pleadings and motions in response to the Amended Complaint and subsequent briefing, setting an initial response date of March 31, 2017.

WHEREAS, if Defendants file Motion(s) in response to the Amended Complaint, Plaintiffs and Defendants agreed that Plaintiffs will file their Response(s) to the Motion(s) by May 30, 2017.

WHEREAS Plaintiffs and Defendants agreed that Defendants will file their Reply or Replies in support of their Motion(s) by July 14, 2017.

WHEREAS Plaintiffs are filing a Second Amended Complaint contemporaneously with this Stipulation.

WHEREAS Plaintiffs and Defendants have agreed upon an extension of time for Defendants to file pleadings and motions in response to the Second Amended Complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, the following schedule shall govern the timing for filing responsive pleadings to the Second Amended Complaint and any subsequent briefing:

1. Defendants do not oppose Plaintiff's filing of the Second Amended Complaint.

2. Defendants will file Pleadings or Motions in response to the Second Amended Complaint by **Friday, April 14, 2017**.

3. If Defendants file Motion(s) in response to the Second Amended Complaint, Plaintiffs will file their Response(s) to the Motion(s) by **Tuesday, June 13, 2017**.

3

4. Defendants will file their Reply or Replies in support of their Motion(s) by **Friday, July 28, 2017**.

Date: March 17, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ Rebecca J. S. Cassell<br>MYERS & MYERS, PLLC<br>Kelly A. Myers (P49143)<br>kmyers@myers2law.com<br>Rebecca J. Cassell (P64456)<br>rcassell@myers2law.com<br>915 N. Michigan Avenue<br>Howell, MI 48843<br>(517) 540-1700<br>*Attorneys for Plaintiffs with respect to their claims against the TRW Defendants and as local counsel for the remainder of Plaintiff' claims* | /s/ Dan Goldfine<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>Dan Goldfine (Adm ED MI, AZ Bar 018788)<br>dgoldfine@lrrc.com<br>201 East Washington St.<br>Suite 1200<br>Phoenix, AZ 85004<br>602-262-5392<br><br>Frederick J. Baumann (Adm ED MI, CO Bar 12156)<br>fbaumann@lrrc.com<br>Diane R. Hazel (Adm ED MI, CO Bar 42954)<br>dhazel@lrrc.com<br>1200 17th Street<br>Suite 3000<br>Denver, CO 80202<br><br>*Attorneys for Plaintiffs with respect to their claims against all Defendants except the TRW Defendants* |
| /s/ Alden Atkins (with permission)<br>Alden Atkins<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Ave. NW<br>Suite 500 West<br>Washington, DC 20037<br>202-639-6585<br>aatkins@velaw.com<br>*Attorney for Hitachi Automotive Systems, Ltd.* | /s/ Peter Kontino (with permission)<br>Peter Kontio<br>Meredith Jones Kingsley<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309-3424<br>404-881-7000<br>peter.kontio@alston.com<br>meredith.kinglsey@alston.com<br>*Attorneys for Autoliv, Inc., Autoliv ASP, Inc., Autoliv B.V. Co. KG, Autoliv Safety Technology, Inc., Autoliv Japan Ltd.* |

| | |
|---|---|
| /s/ Peter Fakenstein (with permission)<br>Peter M. Falkenstein<br>JAFFE RAITT HEUER & WEISS<br>535 W. William Street<br>Suite 4005<br>Ann Arbor, MI  48103-4978<br>734-222-4776<br>pfalkenstein@jaffelaw.com<br>*Attorney for Kyungshin-Lear Sales and Engineering, LLC* | /s/ Andrew Marovitz (with permission)<br>Andrew S. Marovitz<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606-4637<br>312-701-7116<br>amarovitz@mayerbrown.com<br>*Attorney for Lear Corporation* |
| /s/ Peter Simmons (with permission)<br>Peter L. Simmons<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, NY  10004<br>212-859-8455<br>peter.simmons@friedfrank.com<br>*Attorney for T.RAD Co. Ltd. and T.RAD North America, Inc.* | /s/ Jeff Amato (with permission)<br>Jeff Amato<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY  10166<br>212-294-4685<br>jamato@winston.com<br>*Attorney for Panasonic Corporation and Panasonic Corporation of North America* |
| /s/ Howard Iwrey (with permission)<br>Howard B. Iwrey (P39635)<br>Cody D. Rockey (P78653)<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0700 (Telephone)<br>(248) 203-0763 (Facsimile)<br>hiwrey@dykema.com<br>crockey@dykema.com<br>*Attorneys for TRW Deutschland Holding GmbH and ZF TRW Automotive Holdings Corporation* | |

100721596_1