UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEICO CORPORATION<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>GEICO GENERAL INSURANCE COMPANY<br>GEICO INDEMNITY COMPANY<br>GEICO CASUALTY COMPANY<br>GEICO ADVANTAGE INSURANCE COMPANY<br>GEICO CHOICE INSURANCE COMPANY<br>GEICO SECURE INSURANCE COMPANY<br>GEICO COUNTY MUTUAL INSURANCE COMPANY,<br><br>　　*Plaintiffs*<br><br>v.<br><br>AUTOLIV, INC. AUTOLIV ASP, INC.<br>AUTOLIV B.V. & CO.<br>KG AUTOLIV SAFETY TECHNOLOGY, INC.<br>AUTOLIV JAPAN LTD.<br>HITACHI AUTOMOTIVE SYSTEMS, LTD.<br>LEAR CORPORATION<br>KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC<br>PANASONIC CORPORATION<br>PANASONIC CORPORATION OF NORTH AMERICA<br>T.RAD CO. LTD.<br>T.RAD NORTH AMERICA<br>TRW DEUTSCHLAND HOLDING GMBH ZF<br>TRW AUTOMOTIVE HOLDINGS CORPORATION,<br><br>　　*Defendants.* | Case No.: 2:16-cv-13189-MOB- MKM<br><br>Judge: Hon. Marianne O. Battani<br><br>Magistrate Judge: Hon. Mona K. Majzoub<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs GEICO Corporation, Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, GEICO Advantage Insurance Company, GEICO Choice Insurance Company, GEICO Secure Insurance Company, and GEICO County Mutual Insurance Company ("GEICO") and all Defendants (collectively "the parties"), hereby submit this stipulation of dismissal with prejudice.

Pursuant to Fed. R. Civ. P. 41, the Parties hereby stipulate to the dismissal of this matter with prejudice, with each party to bear its own fees and costs.

Dated:  December 23, 2019                              Respectfully submitted,

*s/ Frederick J. Baumann*

Dan Goldfine
Husch Blackwell
5060 N. 40th St., #250
Phoenix, AZ  85018
Email:  Dan.goldfine@huschblackwell.com

Frederick J. Baumann
(Adm ED MI, CO Bar 12156)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1200 17th Street, Suite 3000
Denver, CO  80202
Phone:  (303) 628-9000
Email:    FBaumann@lrrc.com

Kelly A. Myers (P49143)
Rebecca J. Cassell (P64456)
Myers & Myers PLLC
915 N. Michigan Avenue
Howell, MI 48843
Phone:  (517) 540-1700
Email:  kmyers@myers2law.com
Email:  rcassell@myers2law.com
*Attorneys for Plaintiffs*

*s/ Meredith Jones Kingsley (with consent)*
Meredith Jones Kingsley
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
(404) 881-7172 (Telephone)
(404) 881-7777 (Facsimile)
meredith.kinglsey@alston.com
*Attorneys for Autoliv, Inc., Autoliv ASP, Inc., Autoliv B.V. Co. KG, Autoliv Safety Technology, Inc., Autoliv Japan Ltd.*

        *s/ Craig Seebald (with consent)*
        Craig Seebald
        Alden Atkins
        Lindsey Vaala
        Ryan Will
        VINSON & ELKINS LLP
        2200 Pennsylvania Ave. NW, Suite 500 West
        Washington, DC 20037
        (202) 639-6585 (Telephone)
        (202) 879-8995 (Facsimile)
        cseebald@velaw.com
        aatkins@velaw.com
        lvaala@velaw.com
        rwill@velaw.com
        *Attorneys for Hitachi Automotive Systems, Ltd.*

        *s/ Andrew S. Marovitz (with consent)*
        Andrew S. Marovitz
        Britt M. Miller
        MAYER BROWN LLP
        71 S. Wacker Drive
        Chicago, IL 60606-4637
        (312) 701-7116 (Telephone)
        (312) 706-8651 (Facsimile)
        amarovitz@mayerbrown.com
        bmiller@mayerbrown.com
        *Attorney for Lear Corporation*

        *s/ Peter M. Falkenstein (with consent)*
        Peter M. Falkenstein
        James Kresta
        JAFFE RAITT HEUER & WEISS, PC
        535 W. William Street, Suite 4005
        Ann Arbor, MI 48103
        (734) 222-4776 (Telephone)
        (734) 222-4769 (Facsimile)
        pfalkenstein@jaffelaw.com
        jkresta@jaffelaw.com
        *Attorney for Kyungshin-Lear Sales*
        *& Engineering, LLC*

        *s/ Jeffrey J. Amato (with consent)*
        Jeffrey L. Kessler
        Eva W. Cole
        Jeffrey J. Amato
        WINSTON & STRAWN LLP

200 Park Avenue
New York, NY 10166
(212) 294-4685 (Telephone)
(212) 294-4700 (Facsimile)
jkessler@winston.com
ewcole@winston.com
jamato@winston.com

Brandon W. Duke
Lauren E. Duxstad
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
(713) 651-2636 (Telephone)
(713) 651-2700 (Facsimile)
bduke@winston.com
lduxstad@winston.com
*Attorneys for Panasonic Corporation and Panasonic Corporation of North America*

*s/ Peter L. Simmons (with consent)*
Peter L. Simmons
Chelsea P. Azrak
Shannon N. Doherty
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8455 (Telephone)
(212) 859-4000 (Facsimile)
peter.simmons@friedfrank.com
chelsea.azrak@friedfrank.com
shannon.doherty@friedfrank.com
*Attorneys for T.RAD Co., Ltd. and T.RAD North America, Inc.*

*s/ Howard B. Iwrey (with consent)*
Howard B. Iwrey (P39635)
Cody D. Rockey (P78653)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700 (Telephone)
(248) 203-0763 (Facsimile)
hiwrey@dykema.com
crockey@dykema.com

4

*Attorneys for TRW Deutschland Holding GmbH and ZF TRW Automotive Holdings Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December, 2019, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Kelly A. Myers*
